**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,                    )     CR-05-50099-PHX-GMS
                                             )
        Plaintiff,                        )
                                             )     **DETENTION  ORDER**
vs.                                          )
                                             )
Kesojn Dwayne Walker,                        )
                                             )
        Defendant.                        )
                                             )
_____        )

    A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on September 11, 2012.

    **THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a preliminary revocation hearing.

    **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a serious flight. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

    **IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

    DATED this 11th day of September, 2012.

Lawrence O. Anderson
United States Magistrate Judge